UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
Martha Spezzano,

                Plaintiff,

     -against-

Dowling College,

                Defendant.
------------------------------------------------x

**ORDER**

03-CV-5806 (DLI)(WDW)

**DORA L. IRIZARRY, U.S. District Judge:**

The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that the pre-motion conference previously scheduled for Friday, August 5, 2005 at 3:00 PM is cancelled. It is further

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within sixty days of the date of this Order.

DATED:    Brooklyn, New York
             July 18, 2005

                                        DORA L. IRIZARRY
                                        United States District Judge